# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| TITLEMAX HOLDINGS, LLC, <u>et al.</u>, | : | Case No. 09-_____ |
| | : | |
| Debtors. | : | (Joint Administration Pending) |
| | : | |

## CONSOLIDATED LIST OF CREDITORS HOLDING
## 30 LARGEST UNSECURED CLAIMS

Following is a consolidated list of creditors holding the 30 largest unsecured claims, as of approximately April 20, 2009. The list has been prepared on a consolidated basis, based upon the books and records of the above-captioned debtor and certain affiliated entities that have contemporaneously commenced chapter 11 cases in this Court (collectively, the "<u>Debtors</u>"). The Debtors believe that this list is representative of the 30 largest creditors in each of the affiliated cases. The information presented in the list shall not constitutes an admission by, nor is it binding on, the Debtors.[1]

The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. §101 of (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor amount the holders of the 30 largest unsecured claims.[2]

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim [if secured also state value of security]* |

---

[1] The Debtors will file schedules of assets and liabilities (the "<u>Schedules</u>") in accordance with 11 U.S.C. §521 and Fed. R. Bankr. P. 1007. the information contained in the Schedules may differ from the information set forth below.
[2] The Debtors have not yet determined which of the 30 largest unsecured claims, if any, are contingent, unliquidated, disputed and/or subject to setoff. The Debtors reserve the right to identify any of the 30 largest unsecured claims in their Schedules as contingent, unliquidated, disputed and/or subject to setoff, as appropriate.

EAST\42366269.1

| (1) Name of creditor and complete mailing address, including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| Alabama Power<br>PO Box 242<br>Birmingham, AL 35292 | (888) 430-5787 (t) | Trade | | $13,033.19 |
| Amber Associates, Inc.<br>5878 Buford Highway # 2<br>Atlanta, GA 30340 | (770) 455-6300 (t) | Trade | | $6,282.80 |
| American International Companies<br>Specialty Workers Compensation Group<br>P.O. Box 409<br>Parsippany, NJ 07054-0409 | (800) 645-2259 (t) | Trade | | $15,443.08 |
| AT&T Advertising & Publishing<br>PO Box 105024,<br>Atlanta, GA 30348 | | Trade | | $56,262.55 |
| Bernard Hodes Group, Inc.<br>220 East 42nd Street<br>New York, NY 10017 | (212) 999-9000 (t) | Trade | | $12,000.00 |
| CDW Direct, LLC<br>PO Box 75723<br>Chicago, IL 60675-5723 | (312) 705-3353 (t) | Trade | | $8,952.00 |
| Colo Properties Atlanta, LLC<br>PO Box 10158<br>Uniondale, NY 11555-1015 | (212) 480-3300 (t) | Trade | | $6,765.43 |
| Deemer Dana & Froehle<br>PO Box 9706<br>Svannah, GA 31412 | (912) 238-1001 (t) | Trade | | $15,000.00 |
| First City Associates<br>222 Drayton Street,<br>Savannah, GA 30401 | (912) 231-1001 (t)<br>(912) 231-0030 (f) | Debt | | $250,000.00 |
| Flagship Signs<br>1819 Two Notch Road<br>Columbia, SC 29204 | (803) 796-2003 (t) | Trade | | $7,470.57 |
| GE Capital – Copiers<br>P.O. Box 640387<br>Pittsburg, PA 15264 | Sherri Lee<br>(866) 896-1403 (t) | Debt | | $18,825.47 |
| Georgia Power<br>96 Annex<br>Atlanta, GA 30396 | (800) 437-3890 (t) | Trade | | $21,196.48 |
| Greco, Richard<br>5356 Reynolds St., Ste 505<br>Savannah, GA 31405 | (912) 355-8000 (t)<br>(912) 355-8403 (f) | Debt | | $400,000.00 |
| INTERDEV LLC<br>2650 Holcomb Bridge Road, Suite 310<br>Alpharetta, GA 30022 | (770) 643-4400 (t)<br>(678) 672-1555 (f) | Trade | | $15,541.72 |
| Kelly Scott & Madison, Inc.<br>23983 Network Place | (312) 977-0772 (t) | Trade | | $1,002,320.79 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| Chicago, IL 60673 | | | | |
| Memphis Light Gas and Water Div. PO Box 388 Memphis, TN 38145 | (901) 528-4270 (t) | Trade | | $11,242.46 |
| Nuvox Communications PO Box 580451 Charlotte, NC 28258-0451 | (912) 660-0015 (t) | Trade | | $40,000.00 |
| Office Services 1042 Lynes Avenue Savannah, GA 31415 | (912) 232-7500 (t) | Trade | | $8,954.56 |
| Oglethorpe Holdings, LLC 115 Swanhill Ct. Baltimore, MD 21208 | (410) 952-9595 (t) | Trade | | $8,229.08 |
| Parker, Greg 222 Drayton Street, Savannah, GA 31401 | (912) 231-1001 Ext. 0003 (t) | Debt | | $1,250,000.00 |
| Piedmont Public Affairs PO Box 7886 Atlanta, GA 30357 | (404) 499-0095 (t) | Trade | | $8,108.26 |
| Premium Financing Specialists 1122 Lady Street, Ste 940 Columbia, SC 29201 | Rebekah Tomlinson (888) 332-8244 (t) (803) 771-8710 (f) | Debt | | $11,266.38 |
| Republic Parking System 7 East Congress Street, Suite 307A Savannah, GA 31401 | (912) 238-2892 (t) | Trade | | $14,875.00 |
| Stanley Convergent Security Solutions DEPT CH 10651 Palatine, IL | | Trade | | $21,345.42 |
| STAPLES P.O. Box 530621, Atlanta, GA 30353 | (800) 378-2753 (t) | Trade | | $80,179.43 |
| Tech Discovery 10 Glenlake Parkway - South Tower Suite 150, Atlanta, GA 30327 | (678) 990-3640 (t) | Trade | | $40,000.00 |
| Technology Bridging Group, LLC 625 Rosemary LN, Gastonia, NC 28054 | (704) 689-7685 (t) | Trade | | $11,248.31 |
| Ultimate Software Group, Inc. 1485 North Park Drive Weston, FL 33326 | (954) 331-7000 (t) (954) 331-7303 (f) | Trade | | $39,269.00 |
| Wells Fargo 7000 Central Pky NE, Suite 600 Atlanta, GA 30328 | Christopher Lea (770) 551-4635 (t) (770) 551-4623 (f) | Debt | | $97,969.83 |
| William Dascombe 10 Judson Court, Savannah, GA 31410 | (912) 355-8000 (t) (912) 356-0229 (f) | Debt | | $100,000.00 |

I, John Robinson, President of TitleMax Holdings, LLC, declare under penalty of perjury that I have read the foregoing list and that it is true and correct as of April 20, 2009 to the best of my knowledge, information and belief.

| Date: April 20, 2009 | Signature: *John W. Robinson* <br> Title: President |
|---|---|

EAST\42366269.1