TitleMax Holdings, LLC and Affiliates
Liquidation Model
December 2009

|  |  | Estimated Value at 12/31/09 | Estimated Recovery | Available to Estate |
|---|---|---:|---:|---:|
| Cash | [1] | $ 36,000,000 | 100% | $ 36,000,000 |
| Pawn States - Receivables | [2] | $ 220,000,000 | 52% | $ 114,400,000 |
| Loan States - Receivables | [3] | $ 55,000,000 | 94% | $ 51,700,000 |
| Interest Collected - Pawn States | [4] |  |  | $ 3,500,000 |
| Interest Collected - Loan States | [5] | $ - | 0% | $ 40,300,000 |
| Repo'd Vehicles on Hand at FMV | [6] | $ 2,000,000 | 100% | $ 2,000,000 |
| Plant, Property and Equip | [7] | $ 10,000,000 | 5% | $ 500,000 |
| **Total Recoveries** |  | $ 323,000,000 | 77% | $ 248,400,000 |
| Liquidation Fees and Expenses: |  |  |  |  |
|    Corporate and Store Level Expenses | [8] |  |  | $ 45,000,000 |
|    Chapter 7 Professionals |  |  |  | $ 1,000,000 |
|    Chapter 7 Trustee | [9] |  |  | $ 7,000,000 |
|    US Trustee Fees |  |  |  | $ 250,000 |
| **Total Chapter Level Expenses** |  |  |  | $ 53,250,000 |
| **Payment to Prepetition Secured Lender** | [10] |  |  | $ 151,000,000 |
| Administrative Claims: |  |  |  |  |
|    Administrative - Trade Payables |  |  |  | $ 1,000,000 |
|    Administrative - Accrued Expenses |  |  |  | $ 15,100,000 |
|    Aviation Post Petition Claim |  |  |  | $ 2,500,000 |
|    Professional Fees |  |  |  | $ 2,200,000 |
| **Total Admin Claims** |  |  |  | $ 20,800,000 |
| **Available for Distribution to Unsecured Creditors** | [10] |  |  | $ 23,350,000 |
| Unsecured Claims: |  |  |  |  |
|    Rejection Damages - Real Estate |  |  |  | $ 23,040,000 |
|    Due to Aviation |  |  |  | $ 14,000,000 |
|    Notes Payable - Private Placement |  |  |  | $ 4,000,000 |
|    Notes Payable - Tracy Young |  |  |  | $ 3,200,000 |
|    Pre-Petition Unsecured Claims |  |  |  | $ 3,000,000 |
|    Litigation - Estimate |  |  |  | $ 2,500,000 |
|    Rejection Damages - Equipment Leases/Contracts |  |  |  | $ 500,000 |
|    Tax Claim for LLC Pass-through Income |  |  |  | $ 36,000,000 |
|    **Total Unsecured** |  |  |  | $ 86,240,000 |
| Excess/Shortfall | [10] |  |  | $ (62,890,000) |
| Recovery to Unsecured |  |  |  | 27% |

[1] Represents cash on hand at the beginning of the liquidation.
[2] Represents amounts due to from customers on loans in pawn states which are 30 day loans.
[3] Represents amounts due to from customers on loans in installment loan states which are 24 month term loans.
[4] Represents interest collected from customers on loans in pawn states.
[5] Represents interest collected from customers on loans in installment loan states.
[6] Represents the sale of vehicles that have already been repossessed and are recorded on the books at FMV.
[7] Assumes that most of the PP&E is leasehold improvements with little liquidation value.
[8] Assumes that the stores in the pawn states would remain open for 3 months and the stores in the loan states would be kept open for between 12 and 18 months.
[9] Assumes Chapter 7 Trustee is awarded three percent (3%) commission on distributions net of Total Chapter 7 Liquidation Costs.
[10] Assumes distribution pursuant to priorities set forth in the United States Bankruptcy Code.