## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

|  |  |  |
|---|---|---|
| | : | Chapter 11 |
| In re: | : | |
| | : | Case No. 09-40805 |
| TITLEMAX HOLDINGS, LLC, <u>et al.</u>, | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | Hon. Lamar W. Davis, Jr. |

**DECLARATION OF CHRISTINA F. PULLO ON BEHALF OF EPIQ
BANKRUPTCY SOLUTIONS, LLC REGARDING VOTING ON,
AND TABULATION OF, BALLOTS ACCEPTING AND REJECTING THIRD
AMENDED PLAN OF REORGANIZATION OF TITLEMAX HOLDINGS, LLC, ET AL.**

Christina F. Pullo, being duly sworn, declares, under penalty of perjury:

1.      I am a Vice President and Senior Consultant of Epiq Bankruptcy

Solutions, LLC, ("Epiq"), located at 757 Third Avenue, New York, New York 10017.  I am

authorized to submit this Declaration on behalf of Epiq.  I am over the age of 18 years and not a

party to the within action.

2.      I submit this Declaration with respect to the Third Amended Plan of

Reorganization of Titlemax Holdings, LLC, <u>et al.</u>, filed on March 15, 2010 (as may be modified

and/or amended, the "Plan").[1]  Except as otherwise indicated, all facts set forth herein are based

upon my personal knowledge or my review of relevant documents.  If I were called upon to

testify, I could and would testify competently as to the facts set forth herein.

3.      In accordance with the (a) Order Authorizing and Approving the

Appointment of Epiq Bankruptcy Solutions, LLC as Noticing, Claims, and Balloting Agent for

the Bankruptcy Court, dated April 22, 2009 [Docket No. 27], and (b) Order Approving

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to them in the Plan or the
Disclosure Statement Order (as defined below).

Disclosure Statement, Approving Voting and Solicitation Procedures, and Establishing Certain

Dates and Procedures for Confirmation Hearing on Plan of Reorganization, dated March 16,

2010 [Docket No. 491] (the "Disclosure Statement Order"), Epiq was appointed to assist the

Debtors in connection with, *inter alia*, soliciting, receiving, and tabulating the ballots accepting

or rejecting the Plan.

4.      Pursuant to the Plan, only holders of Claims in the following Classes were

entitled to vote to accept or reject the Plan:

| Class | Type of Claim |
|-------|---------------|
| Class 1 | Secured Lender Claims |
| Class 3 | Subordinated Noteholder Claims |
| Class 5 | Litigation Claims |

(collectively, the "Voting Classes").

5.      The procedures for the solicitation and tabulation of votes on the Plan are

outlined in the Disclosure Statement Order.  Epiq was instructed to solicit, review, determine the

validity of, and tabulate ballots submitted to vote for the acceptance or rejection of the Plan by

the holders of Claims in the Voting Classes.

6.      As specified in the Disclosure Statement Order, March 12, 2010 (the

"Record Date") was established as the record date for determining the holders of Claims in the

Voting Classes who would be entitled to vote on the Plan.

7.      In accordance with the Disclosure Statement Order, Epiq solicited the

holders of Claims in the Voting Classes as of the Record Date.

8.      Ballots returned by mail, hand delivery, or overnight courier were received

by personnel of Epiq at the offices of Epiq in New York, New York.  All ballots received by

2

Epiq were date stamped upon receipt and were processed in accordance with the Disclosure Statement Order.

9.      In order for a ballot to be counted as valid, the ballot must have been properly completed in accordance with the Disclosure Statement Order and executed by the relevant holder, or such holder's authorized representative, and must have been received by Epiq by the deadline of 5:00 p.m. (prevailing Eastern Time) on April 7, 2010 (the "Voting Deadline"). All validly executed ballots cast by holders of Claims in the Voting Classes and received by Epiq on or before the Voting Deadline were tabulated as outlined in the Disclosure Statement Order. I declare that the results of the voting by holders of Claims in the Voting Classes are as set forth in Exhibit A hereto, which is a true and correct copy of the final tabulation of votes cast by timely and properly executed ballots received by Epiq.

10.     A report of all votes included in the tabulation prepared by Epiq is attached as Exhibit B hereto.

11.     A report of all votes not included in the tabulation prepared by Epiq and the reasons for exclusion of such Ballots is attached as Exhibit C hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED:  April 9, 2010

Christina F. Pullo

3

**Exhibit A**

## TABULATION SUMMARY

| TITLEMAX HOLDINGS, LLC, ET AL. | | | | |
|---|---|---|---|---|
| **VOTING CLASS** | **TOTAL BALLOTS COUNTED** | | | |
| | **ACCEPT** | | **REJECT** | |
| | **AMOUNT** | **NUMBER** | **AMOUNT** | **NUMBER** |
| Class 1<br>Secured Lender Claims | $149,540,066.99<br>**100%** | 4<br>**100%** | $0.00<br>**0%** | 0<br>**0%** |
| Class 3<br>Subordinated Noteholder Claims | $1,845,185.00<br>**100%** | 3<br>**100%** | $0.00<br>**0%** | 0<br>**0%** |
| Class 5<br>Litigation Claims | $750,005.56<br>**100%** | 4<br>**100%** | $0.00<br>**0%** | 0<br>**0%** |

**Exhibit B**

**Titlemax Holdings, LLC, <u>et</u> <u>al.</u>**
**Class 1 (Secured Lender Claims)**

| Class | Claim Name | Voting Amount | Total Voting Amount | Accept/Reject | Ballot Number |
|---|---|---|---|---|---|
| 1 | FORTRESS CREDIT OPPORTUNITIES I LP | $5,061,563.20 | $5,061,563.20 | Accept | 8 |
| 1 | FORTRESS CREDIT FUNDING I LP | $12,423,225.10 | $12,423,225.10 | Accept | 9 |
| 1 | FORTRESS CREDIT FUNDING III LP | $12,423,225.10 | $12,423,225.10 | Accept | 10 |
| 1 | MERRILL LYNCH MORTGAGE CAPITAL, INC. | $119,632,053.59 | $119,632,053.59 | Accept | 11 |
| | **Totals** | **$149,540,066.99** | **$149,540,066.99** | | |

| | |
|---|---|
| TOTAL AMOUNT VOTING: | $149,540,066.99 |
| AMOUNT ACCEPTING PLAN: | $149,540,066.99 |
| AMOUNT REJECTING PLAN: | $0.00 |
| VOTERS ACCEPTING: | 4 |
| VOTERS REJECTING: | 0 |
| PERCENT AMOUNT ACCEPTING: | 100% |
| PERCENT AMOUNT REJECTING: | 0% |
| PERCENT VOTERS ACCEPTING: | 100% |
| PERCENT VOTERS REJECTING: | 0% |

**Titlemax Holdings, LLC, <u>et al.</u>**
**Class 3 (Subordinated Noteholder Claims)**

| Class | Claim Name | Voting Amount | Total Voting Amount | Accept/Reject | Ballot Number |
|-------|------------|---------------|---------------------|---------------|---------------|
| 3 | DASCOMBE, WILLIAM | $113,127.00 | $113,127.00 | Accept | 3 |
| 3 | FIRST CITY ASSOCIATES, LLP | $288,676.00 | $288,676.00 | Accept | 1 |
| 3 | GREGORY M. PARKER, INC | $1,443,382.00 | $1,443,382.00 | Accept | 2 |
| | **Totals** | **$1,845,185.00** | **$1,845,185.00** | | |

| | |
|---|---|
| TOTAL AMOUNT VOTING: | $1,845,185.00 |
| AMOUNT ACCEPTING PLAN: | $1,845,185.00 |
| AMOUNT REJECTING PLAN: | $0.00 |
| VOTERS ACCEPTING: | 3 |
| VOTERS REJECTING: | 0 |
| PERCENT AMOUNT ACCEPTING: | 100% |
| PERCENT AMOUNT REJECTING: | 0% |
| PERCENT VOTERS ACCEPTING: | 100% |
| PERCENT VOTERS REJECTING: | 0% |

**Titlemax Holdings, LLC, <u>et</u> <u>al.</u>**
**Class 5 (Litigation Claims)**

| Class | Claim Name | Voting Amount | Total Voting Amount | Accept/Reject | Ballot Number |
|---|---|---|---|---|---|
| 5 | KROGER, KELLY | $563,333.31 | $563,333.31 | Accept | 5 |
| 5 | ROBERTSON, SHANNON | $100,000.00 | $100,000.00 | Accept | 4 |
| 5 | SCOTT, MAURICE W. | $74,000.00 | | Accept | 6 |
| 5 | SCOTT, MAURICE W. | $8,000.00 | $82,000.00 | Accept | 6 |
| 5 | SPEEDEE CASH | $4,672.25 | $4,672.25 | Accept | 7 |
| | **Totals** | **$750,005.56** | **$750,005.56** | | |

| | |
|---|---|
| TOTAL AMOUNT VOTING: | $750,005.56 |
| AMOUNT ACCEPTING PLAN: | $750,005.56 |
| AMOUNT REJECTING PLAN: | $0.00 |
| VOTERS ACCEPTING: | 4 |
| VOTERS REJECTING: | 0 |
| PERCENT AMOUNT ACCEPTING: | 100% |
| PERCENT AMOUNT REJECTING: | 0% |
| PERCENT VOTERS ACCEPTING: | 100% |
| PERCENT VOTERS REJECTING: | 0% |

**Exhibit C**

**Titlemax Holdings, LLC, et al.**
**Report of Ballots Excluded from Tabulation**

| Class | Claim Name | Voting Amount | Total Voting Amount | Accept/Reject | Ballot Number | Reason for Exclusion |
|---|---|---|---|---|---|---|
| 1 | FORTRESS CREDIT OPPORTUNITIES I LP | $5,061,563.20 | $5,061,563.20 | Accept | 12 | DUPLICATE |
| 1 | FORTRESS CREDIT FUNDING I LP | $12,423,225.10 | $12,423,225.10 | Accept | 13 | DUPLICATE |
| 1 | FORTRESS CREDIT FUNDING III LP | $12,423,225.10 | $12,423,225.10 | Accept | 14 | DUPLICATE |